1  ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
2  Law Offices of Andrew L. Packard
319 Pleasant Street
3  Petaluma, CA  94952
Tel:  (707) 763-7227
4  Fax:  (707) 763-9227
E-mail:  andrew@packardlawoffices.com
5

6  MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
7  1516 Oak Street, Suite 216
Alameda, CA 94501
8  Tel: (510) 749-9102
Fax: (510) 749-9103
9  E-mail: mrlozeau@lozeaulaw.com

10  Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

11

12              UNITED STATES DISTRICT COURT

13             EASTERN DISTRICT OF CALIFORNIA

14

15  CALIFORNIA SPORTFISHING
16  PROTECTION ALLIANCE, a non profit      Case No. 2:07-cv-00050-DFL-DAD
corporation,
17                                         STIPULATION TO DISMISS
                Plaintiff,                 PLAINTIFFS' CLAIMS WITH
18      vs.                                PREJUDICE;  ORDER GRANTING
                                           DISMISSAL WITH PREJUDICE [FRCP
19  CONAGRA GROCERY PRODUCTS               41(a)(2)]
COMPANY, a corporation.
20                Defendant.
21

22          WHEREAS, on January 17, 2006, Plaintiff California Sportfishing Protection Alliance

23  ("CSPA") provided Defendant Conagra Grocery Products Company ("Defendant") with a Notice

24  of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

25          WHEREAS, on January 9, 2007 CSPA filed its Complaint against Defendant in this

26  Court, *California Sportfishing Protection Alliance v. Conagra Grocery Products Company,* Case

27  No. 2:07-cv-00050-DFL-DAD.  Said Complaint incorporates by reference all of the allegations

28

1    contained in CSPA's Notice.

2         WHEREAS, CSPA and Defendant, through their authorized representatives and without

3    either adjudication of CSPA's claims or admission by Defendant of any alleged violation or other

4    wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set

5    forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further

6    litigation.  A copy of the [Proposed] Consent Agreement entered into by and between CSPA and

7    Defendant is attached hereto as Exhibit A and incorporated by reference.

8         WHEREAS, the parties submitted the Settlement Agreement via certified mail, return

9    receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review

10   period set forth at 40 C.F.R. § 135.5 has completed.

11        NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

12   parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice

13   pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order

14   from this Court dismissing such claims with prejudice.  In accordance with paragraph 14 of the

15   Consent Agreement, the parties also request that this Court retain and have jurisdiction over the

16   Parties with respect to disputes arising under the agreement.

17

18   Dated: _____       LAW OFFICES OF ANDREW L. PACKARD

19

20                                  By:_____
                                    Andrew L. Packard
21                                  Attorneys for Plaintiff

22   Dated: _____       MCGRATH NORTH MULLIN &KRATZ, PC LLO

23

24

25                                  By:_____
                                    Steven P. Case
26                                  Attorneys for Defendant

27

28

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Conagra Grocery Products Company, as set forth in the Notice and Complaint filed in Case No. 2:07-cv-00050-DFL-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

EASTERN DISTRICT COURT OF CALIFORNIA


Dated:   March 13, 2007                    /s/ David F. Levi
                                           United States District Court Judge